## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:07cv157

| | | |
|---|---|---|
| GREAT LAKES REINSURANCE (UK) PLC; and WARTA INSURANCE & REINSURANCE CO., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | ORDER |
| ANTHONY R. PORTER; BANK OF AMERICA, N.A.; and FIRST INSURANCE FUNDING CORP., | ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the court on the court's own Motion for Case Status. Review of the pleadings reveals that issues joined May 22, 2008, inasmuch as by that date defendant Bank of America, N.A., had answered the Complaint, defendant Anthony R. Porter had been defaulted, and the time had expired for plaintiff to serve defendant First Insurance Funding Corp.[1] Within 19 days of joinder of the issues, it is the duty of the parties to conduct an IAC and file with the court the CIAC as required by Local Civil Rule 16.1. This has not been accomplished, and

_____

[1]       The court has determined that joinder has occurred inasmuch as neither a certificate of service nor an answer has been filed as to defendant First Insurance Funding Corp.

counsel will be advised to do so before the close of business on July 3, 2008.

## ORDER

**IT IS, THEREFORE, ORDERED** that the parties conduct the required IAC

and file with the court the CIAC not later than the close of business on July 3, 2008.


Signed: June 27, 2008


Dennis L. Howell
United States Magistrate Judge