# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:07cv157

| | | |
|---|---|---|
| GREAT LAKES REINSURANCE (UK) PLC; and WARTA INSURANCE & REINSURANCE CO., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | ORDER |
| ANTHONY R. PORTER; BANK OF AMERICA, N.A.; and FIRST INSURANCE FUNDING CORP., | ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the court on plaintiffs' Motion to be Excused from Having an Adjuster Attend at Mediation. Having considered plaintiffs' motion and reviewed the pleadings, and because all parties participating in this case consent the court enters the following Order.

## ORDER

**IT IS,HEREFORE, ORDERED** that plaintiffs' Motion to be Excused from having an Adjuster Attend at Mediation (#26) is **GRANTED,** and an adjuster for plaintiffs may telephonically attend the mediation so long as counsel has full authority

to resolve this matter.

Signed: November 25, 2008

_____

Dennis L. Howell
United States Magistrate Judge